.36 So.2d 456

## NIX v. STATE.

5 Div. 455.

Supreme Court of Alabama.

June 17, 1948.

J. Sanford Mullins and Sim S. Wilbanks, both of Alexander City, and Jacob A. Walker, of Opelika, for petitioner.

A. A. Carmichael, Atty. Gen., and Hugh F. Culverhouse, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition stricken for failure to observe Supreme Court Rule 36, Title 7, Appendix, Code 1940, p. 1017; Ex parte Wood, 215 Ala. 280, 110 So. 409; Haney v. State, 250 Ala. 664, 36 So.2d 117; Anderson v. State, post, p. 32, 36 So.2d 244.

Petition stricken.

FOSTER, LAWSON and STAKELY, JJ., concur.

36 So.2d 451

## BARNETT v. PATILLO.

6 Div. 758.

Supreme Court of Alabama.

June 17, 1948.

Herman J. Stewart, of Cullman, for petitioner.

W. Marvin Scott, of Cullman, opposed.

STAKELY, Justice.

This petition for certiorari is due to be stricken for failure of observance of Supreme Court Rule 36, Code 1940, Tit. 7 Appendix. Ex parte Wood, 215 Ala. 280, 110 So. 409; Haney v. State, 250 Ala. 664, 36 So.2d 117; Ex parte Anderson, post, p. 32, 36 So.2d 244. It is so ordered.

Petition for writ of certiorari stricken.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.